IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ECHOSTAR COMMUNICATIONS CORP., et al., Plaintiffs | : : : : | |
| v. | : : | Civil No. AMD 02-2462 |
| CBS BROADCASTING, Inc., et al., Defendants | : : : | |
| ECHOSTAR COMMUNICATIONS CORP., et al., Plaintiffs | : : : : : : | |
| v. | : : | Civil No. AMD 02-2463 |
| CBS BROADCASTING, Inc., et al., Defendants | : : : | |
| ECHOSTAR COMMUNICATIONS CORP., et al., Plaintiffs | : : : : : | |
| v. | : : | Civil No. AMD 02-2464 |
| CBS BROADCASTING, Inc., et al., Defendants | : : : | |

...oOo...

CONSOLIDATION ORDER

Currently pending before me are three cases, each of which is a motion to compel responses to EchoStar Communications, Corp.'s ("EchoStar") Rule 45 Subpoena Duces Tecum. The underlying action as to all three of these filings is *CBS Broadcasting, Inc. v. EchoStar Communications, Corp.*, Case No. CIV-98-2651, which is pending in the United States District Court for the Southern District of Florida. As the issues presented in the motions to compel responses to the Rule 45 Subpoena Duces Tecum are identical or virtually so, the motions may be

profitably consolidated for the purpose of their resolution. Accordingly, it is this 5th day of August, 2002, ORDERED

    (1)    That these cases are CONSOLIDATED FOR ALL PURPOSES: ALL PLEADINGS SHALL BE IDENTIFIED WITH CASE NO. AMD 02-2462; and it is further ORDERED

    (2)    That the Clerk shall TRANSMIT a copy of this Order to all counsel

_____
ANDRE M. DAVIS
United States District Judge