IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ECHOSTAR COMMUNICATIONS CORP., et al., | : | |
| Plaintiffs | : | |
| v. | : | Civil No. AMD 02-2462 |
| CBS BROADCASTING, Inc., et al., | : | |
| Defendants | : | |
| | : : : | |
| ECHOSTAR COMMUNICATIONS CORP., et al., | : | |
| Plaintiffs | : | |
| v. | : | Civil No. AMD 02-2463 |
| CBS BROADCASTING, Inc., et al., | : | |
| Defendants | : | |
| | : : : | |
| ECHOSTAR COMMUNICATIONS CORP., et al., | : | |
| Plaintiffs | : | |
| v. | : | Civil No. AMD 02-2464 |
| CBS BROADCASTING, Inc., et al., | : | |
| Defendants | : | |

...oOo...

ORDER

The court has been advised that a Magistrate Judge in the underlying action has issued an order granting in part and denying in part motions to compel compliance with Rule 45 subpoenas largely identical to those pending here. Movant intends to file objections to the Magistrate Judge's order. Accordingly, these cases are ADMINISTRATIVELY CLOSED pending further order of this court.

That the Clerk shall TRANSMIT a copy of this Order to all counsel.

Filed: January 14, 2003

ANDRE M. DAVIS
United States District Judge