IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ECHOSTAR COMMUNICATIONS CORP., et al., | : | |
| Plaintiffs | : | |
| v. | : | Civil No. AMD 02-2462 |
| CBS BROADCASTING, Inc., et al., | : | |
| Defendants | : | |
| | : : : | |
| ECHOSTAR COMMUNICATIONS CORP., et al., | : | |
| Plaintiffs | : | |
| v. | : | Civil No. AMD 02-2463 |
| CBS BROADCASTING, Inc., et al., | : | |
| Defendants | : | |
| | : : : | |
| ECHOSTAR COMMUNICATIONS CORP., et al., | : | |
| Plaintiffs | : | |
| v. | : | Civil No. AMD 02-2464 |
| CBS BROADCASTING, Inc., et al., | : | |
| Defendants | : | |

...o0o...

ORDER

The court has read and considered the "supplemental filing" submitted by movant in respect to the motion to compel in these matters arising under Fed.R.Civ.P. 45, together with the respondents' response thereto. Being fully advised in the premises, it is HEREBY ORDERED

(1) That these actions are REOPENED AND RESTORED TO THE DOCKET;

(2) That this court adopts and incorporates by reference herein the report and recommendation and the rulings therein of United States Magistrate Judge Barry S. Seltzer entered in the United States District Court for the Southern District of Florida on January 7,

2003, and the Order Overruling Defendant's Objections to Magistrate Judge's Order on Motion to Compel, entered in the United States District Court for the Southern District of Florida on January 23, 2003, by United States District Judge William P. Dimitrouleas.

 (3) That the Clerk shall CLOSE THESE CASES and TRANSMIT a copy of this Order to all counsel.

Filed: March 7, 2003            /s/
                  ANDRE M. DAVIS
                  United States District Judge